**DISMISS and Opinion Filed August 15, 2023**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-23-00700-CV
_____

**WILLIAM CHARLES BUNDREN, KAREN P. BUNDREN, AND
C & K RESIDENTIAL PROPERTIES, Appellants
V.
DALLAS COUNTY, VICKERY MEADOW PREMIUM PUBLIC
IMPROVEMENT DISTRICT, PARKLAND HOSPITAL DISTRICT,
DALLAS COUNTY COMMUNITY COLLEGE DISTRICT,
DALLAS COUNTY SCHOOL EQUALIZATION FUND,
DALLAS INDEPENDENT SCHOOL DISTRICT, AND CITY OF DALLAS,
Appellees**

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. TX-22-00956**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Smith

Before the Court is appellants' motion to dismiss the appeal. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1).

/Craig Smith/
CRAIG SMITH
JUSTICE

230700F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

WILLIAM CHARLES BUNDREN, KAREN P. BUNDREN, AND C & K RESIDENTIAL PROPERTIES, Appellants

No. 05-23-00700-CV        V.

DALLAS COUNTY, VICKERY MEADOW PREMIUM PUBLIC IMPROVEMENT DISTRICT, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, DALLAS INDEPENDENT SCHOOL DISTRICT, AND CITY OF DALLAS, Appellees

On Appeal from the 298th Judicial District Court, Dallas County, Texas Trial Court Cause No. TX-22-00956. Opinion delivered by Justice Smith. Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees DALLAS COUNTY, VICKERY MEADOW PREMIUM PUBLIC IMPROVEMENT DISTRICT, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, DALLAS INDEPENDENT SCHOOL DISTRICT, AND CITY OF DALLAS recover their

–2–

costs of this appeal from appellants WILLIAM CHARLES BUNDREN, KAREN P. BUNDREN, AND C & K RESIDENTIAL PROPERTIES.

Judgment entered August 15, 2023